**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**LARRY RAIFSNIDER**                                                       **PLAINTIFF**

**v.**                    **Civil No. 06-5022**

**SHERIFF KEITH FERGUSON;
CAPTAIN HUNTER PETRAY;
LT. CARTER; OFFICER
ARHANGELSKY; and CPL. TOMLIN**                      **DEFENDANTS**

### O R D E R

Now on this 28th day of November, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #18, filed October 13, 2006), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Raifsnider's motion for an injunction or temporary restraining order is hereby **denied**.

**IT IS SO ORDERED.**

                                                         **/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**