## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**LARRY RAIFSNIDER**                                                                                    **PLAINTIFF**

**v.**                                    **Civil No. 06-5022**

**SHERIFF KEITH FERGUSON;**
**CAPTAIN HUNTER PETRAY;**
**LT. CARTER, OFFICER ARHANGELSKY;**
**and CPL. TOMLIN**                                                                                     **DEFENDANT**

### O R D E R

Now on this 9th day of February, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #25, filed January 19, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendants' Motion to dismiss is granted and this case is hereby **dismissed.**

**IT IS SO ORDERED.**

                                                            **/s/Jimm Larry Hendren**
                                                            HON. JIMM LARRY HENDREN
                                                            UNITED STATES DISTRICT JUDGE